# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

---

| | |
|---|---|
| **RYAN OWEN SEYMOUR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 12-CV-2282 |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#19) was filed by Magistrate Judge David G. Bernthal in the above cause on February 3, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#19) is accepted by this court.

(2) The Motion for Summary Judgment (#15) filed by Plaintiff is GRANTED.

(3) The Motion for Order Affirming the Commissioner's Decision (#17) filed by Defendant is DENIED.

(4) This case is remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

Furthermore, if it is determined that Plaintiff is disabled, the ALJ shall expressly address the question of when that disability began.

(5) This case is terminated.

ENTER this 25th day of February, 2014.

**s/ Harold A. Baker**

HAROLD A. BAKER
U.S. DISTRICT JUDGE